IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11–cv–0131–MJR–SCW |
| | ) |
| YOLANDE JOHNSON, KENNETH BARTLEY, and JESSE HELD, | ) |
| | ) |
| Defendant(s). | ) |

# ORDER

**WILLIAMS, Magistrate Judge:**

District Judge Reagan's Order from August 13, 2012 severed this case into two separate actions: this case (which retains the original case number) and No. 12-899-MJR, *Wallace v. Johnson, Bartley, and Caliper.*[1]

Per Judge Reagan's order, there remains pending in both cases a motion to compel discovery, filed by Mr. Wallace on July 5, 2012. The parties in both the severed cases are expected to be fully engaged in discovery at this point. For the sake of judicial economy and a clear record in each of the new cases, Mr. Wallace's Motion to Compel (**Doc. 100**) is **DENIED without prejudice.** (Insofar as that motion makes an alternative request for appointment of counsel, it is also **DENIED without prejudice.** The Court again notes (*see* Doc. 86) that Wallace, whose motions in this case have been quite clear, even when arguing issues like *res judicata*, is still competent to litigate his case given its current complexity. **See Pruitt v. Mote, 503 F.3d 647, 655 (7th Cir. 2007)).**

---

[1] An order identical to this one will be entered in Case No. 12-cv-899.

Wallace's motion to stay discovery (**Doc. 111**) is really a motion for extension of a discovery deadline that was informally agreed upon between the parties.  It is **DENIED as MOOT** since Defendant appears to be amenable to not receiving Wallace's written discovery requests until mid-September**.**  Should either party find itself unable to meet internal discovery deadlines, that party is, of course, welcome to ask the Court for appropriate relief if a dispute arises.

In light of this case's newly simplified posture, Mr. Wallace is **DIRECTED** to file a new motion to compel in this case, based on any contested discovery issue that is specific to this case.  Mr. Wallace shall file such a motion on or before Tuesday, September 4, 2012.  Once Mr. Wallace's motion is docketed, Defendants shall have a week to respond.  This case is **SET** for a discovery dispute conference (to be held by videoconference) before Magistrate Judge Williams on **September 27, 2012 at 10:00 a.m. (a similar conference in Case No. 12-cv-899 will be set for 10:45 that day)**.  A writ will issue regarding Mr. Wallace's participation in that videoconference.

**IT IS SO ORDERED.**

**DATE: <u>August 17, 2012</u>**     **/s/ *Stephen C. Williams*** 
                                                                        **STEPHEN C. WILLIAMS**
                                                                        United States Magistrate Judge